UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Carlos A Rey Ruz                        Case No. 20-16654-PGH

         Debtor(s).                             Chapter 7
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion for Contempt, Compel, and for Sanctions Against Great Lakes Credit Union and Notice of Hearing was sent to all parties on the attached service list on July 10, 2020.

Electronically: Sonya Salkin, Trustee,

First Class Mail:

Debtor(s), Carlos A Rey Ruz
6201 N Falls Circle Drive #413
Lauderhill, FL 33319-6857

**CERTIFIED MAIL:**

| | |
|---|---|
| **Great Lakes Credit Union** | **Great Lakes Credit Union** |
| Attn: Steve Bugg, President & CEO | Attn: Steve Bugg, President & CEO |
| PO Box 1289 | 2111 Waukegan Road |
| Bannockburn IL 60015-0000 | Bannockburn, IL 60015 |

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:*/s/ Robert Sanchez*_____
                 Robert Sanchez, Esq., FBN#0442161